

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00552-CV

MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA,
AND ROSA NELLY TREVINO, Appellants

V.

ALFREDO GONZALEZ, Appellee

Appeal from 365th District Court of Maverick County
(Tr. Ct. No. 12-11-27997-MCVAJA)

**TO THE 365TH DISTRICT COURT OF MAVERICK COUNTY, GREETINGS:**

Before this Court, on the 27th day of October, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the unopposed motion to dismiss this appeal filed by the appellants. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.
>
> It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.
>
> It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered October 27, 2015.

Judgment rendered by panel consisting of Justices Keyes, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 21, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

